**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 21-1074

United States of America

Appellee

v.

Lisa M. Montgomery

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:05-cr-06002-GAF-1)

---

**ORDER**

IT IS ORDERED that the Federal Public Defender for the Middle District of Tennessee is hereby appointed to represent (or to continue to represent) the above named appellant in all matters pertaining to this action before this Court.

January 11, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans