UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

# APPEARANCE OF COUNSEL

Case Title: United States vs. Lisa Montgomery

**The Clerk will enter my appearance as Counsel in Appeal No.** 21-1074 for the following party(s): (please specify)

Lisa Marie Montgomery

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Kelley Henry s/: Kelley Henry

Firm Name: Office of Federal Public Defender - Middle District of Tennessee

Business Address: 810 Broadway, Suite 200

City/State/Zip: Nashville, TN 37203

Telephone Number (Area Code): (615) 736-5047

Email Address: Kelley_Henry@fd.org

---

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 1/11/2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: