UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: UNITED STATES OF AMERICA vs. LISA M. MONTGOMERY

**The Clerk will enter my appearance as Counsel in Appeal No.** 21-1074 for the following party(s): (please specify)

United States

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: David Wagner s/: David Wagner

Firm Name: United States Attorney's Office

Business Address: 400 E. 9th St., Rm 5510

City/State/Zip: Kansas City, MO 64106

Telephone Number (Area Code): 816-426-3122

Email Address: David.Wagner@usdoj.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 1/11/2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: