**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 21-1074

United States of America

Appellee

v.

Lisa M. Montgomery

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:05-cr-06002-GAF-1)

---

**ORDER**

Before SHEPHERD, KELLY and ERICKSON, Circuit Judges.

Appellant's motion for a stay of execution pending appeal is granted. Judge Shepherd would deny the motion.

January 12, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans