(ORDER LIST: 592 U.S.)

TUESDAY, JANUARY 12, 2021

ORDER IN PENDING CASE

20A125 UNITED STATES V. MONTGOMERY, LISA M.

The application for stay or vacatur presented to Justice Kavanaugh and by him referred to the Court is granted. The January 12, 2021 order of the United States Court of Appeals for the Eighth Circuit granting a stay is vacated.

Appellate Case: 21-1074 Page: 1 Date Filed: 01/12/2021 Entry ID: 4993768